UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**ROBBIN McNEELY,**

    **Plaintiff,**

**CIVIL ACTION NO.: 23-10220**

**HON. DENISE PAGE HOOD**

v.

**ANTHONY BROOKS, et al.,**

    **Defendants.**

_____/

## FIRST AMENDED SCHEDULING ORDER

This case, having come before the Court on Plaintiff's Motion for First Adjournment of the January 26, 2024 Scheduling Order, concurred to by Defendants, the Court **ORDERS** the motion (ECF No. 76) is **GRANTED** and the following amended schedule controlling the progress of this case:

**Initial Disclosures** must be exchanged by:    February 9, 2024

**Amendments to Pleadings or Joinder of Parties**
    must be filed by:    March 1, 2024

**Initial Fact Witness List** must be exchanged by:    April 5, 2024

**Expert Discovery:**
Plaintiff's Expert Witness Disclosures/Report
    must be served by:    July 1, 2024
Defendants' Expert Witness Disclosures/Report
    must be served by:    August 1, 2024

**Fact and Expert Discovery** must be completed by:    December 2, 2024

**Alternative Dispute Resolution** referrals may be ordered under Local Rules 16.3 to 16.7.  The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures.  The Scheduling Order continues to govern the case during the ADR process.   See Local Rule 16.3(g).

**Referrals to the Magistrate Judge:**_____

**Motions** (except trial motions <u>in limine</u>) must be filed by:    January 31, 2025

Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.

**Final Pretrial Conference:**

1) A proposed *Joint* **Final Pretrial Order (governed by Local Rule 16.2)** must be submitted by and trial motions in limine must be filed by: May 5, 2025
2) The **final pretrial conference** is set for: May 13, 2025, 2:00 pm
3) Your client(s) or representative with full settlement authority **must** be present at the above conference.

**Trial** (Jury _X_ or Bench ____) is set for: June 10, 2025, 9:00 am
No. of Days: 10-15
1) The parties must exchange exhibits listed in the JFPTO prior to trial. Exhibits and witnesses not listed in the JFPTO will not be presented at trial.
2) The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**Other Requirements**:
1) The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedures govern.
2) Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.
3) A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion. Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

**Additional Matters:** _____

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: May 16, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 16, 2024, by electronic and/or ordinary mail.

S/A. Chubb for LaShawn R. Saulsberry
Case Manager